IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

KOREY BLAYKE CYFERS, on behalf
of himself, and others similarly situated,

      Plaintiffs,

                                        Civil Action No.: 2:18-cv-01127
                                        Honorable John T. Copenhaver, Jr.

v.

COLLINS CAREER CENTER D/B/A
COLLINS CAREER TECHNICAL CENTER,
BOARD OF DIRECTORS COLLINS CAREER CENTER
D/B/A COLLINS CAREER TECHNICAL CENTER, AND
WEST VIRGINIA FIRE COMMISSION,
OFFICE OF THE STATE FIRE MARSHALL,

Defendants.

### AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

Before this Court is the Agreed Motion for Entry of Final Order of Dismissal With Prejudice. Plaintiff and Defendant have advised the Court that all matters in controversy in this litigation have been settled and compromised and have agreed to the entry of this Agreed Final Order of Dismissal with Prejudice.

**IT IS HEREBY ORDERED THAT** all Plaintiffs claims in this action are hereby dismissed in their entirety with prejudice. All parties are to bear their own respective costs.

Signed this __2__ day of August, 2019.

                                                                       JUDGE JOHN T. COPENHAVER, JR.